UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NORMAN GOTCHER, JR., )
)
    Plaintiff, ) CASE NO.   C05-289-RSM
)
v. )
)
SCOTT A.W. JOHNSON, et al., ) ORDER
)
    Defendants. )
_____)

The Court, having reviewed the Report and Recommendation of the Hon. Monica J. Benton, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Defendant's Motion to Dismiss is GRANTED;

(3) Plaintiff's 42 U.S.C. §§ 1983 and 1985(3) action is DISMISSED without prejudice;

(4) Plaintiff's Motion for Return of the $250.00 filing fee is DENIED.

(5) The Clerk is directed to send copies of this Order to Plaintiff, to Counsel for Defendants, and to the Hon. Monica J. Benton.

DATED this _6____ day of __February___, 2006.

                                  RICARDO S. MARTINEZ
                                  UNITED STATES DISTRICT JUDGE